**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| UTILITY SOLUTIONS, INC. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No.  5:15-cv-136-RLV-DSC |
|     vs. | ) | |
| | ) | |
| TIMOTHY D. AILEY and | ) | |
| TA TOOL, LLC | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

**ORDER**

    **THIS MATTER** comes before the Court on the Motion of Plaintiff Utility Solutions, Inc. for an extension of time, up to and including Friday, May 20, 2016, in which to file case closing documents in the above-captioned matter.

    For the reasons set forth in the Motion, the Court finds just cause exists for granting the requested relief.  Accordingly, the Motion is GRANTED and Plaintiff shall have up to and including **Friday, May 20, 2016**, in which to file case closing documents in the above-captioned matter.

    **SO ORDERED**.

Signed: May 9, 2016

_____

David S. Cayer
United States Magistrate Judge